CHARLES S. PAINTER (SBN 89045)
REGINALD A. DUNN (SBN 192632)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA 95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendant, AIRGAS NCN, INC., a Delaware Corporation incorrectly sued as Airgas California and Nevada

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREFERRED EMPLOYERS INSURANCE COMPANY<br><br>  Plaintiff,<br><br>vs.<br><br>AIRGAS CALIFORNIA & NEVADA and DOES 1 TO 20<br><br>  Defendants. | Case No.: 2:09-CV-03409<br><br>**STIPULATION TO REMAND CASE TO STATE COURT; AND ORDER THEREON** |

WHEREAS, on July 17, 2009, plaintiff filed a complaint in the Superior Court of the County of Yolo, State of California, Case No. CV09-1814.

WHEREAS, on December 4, 2009, defendant, AIRGAS NCN, INC., a Delaware Corporation, filed a Notice of Removal of the state court action to the United States District Court, Eastern District of California.

WHEREAS, on January 5, 2010, plaintiff filed a motion to remand the case back to the state court,

IT IS HEREBY STIUPLATED that the United States District Court Action No. 2:09-CV-03409 be remanded back to the Yolo County Superior Court. Defendant does not stipulate to sanctions.

//

---

STIPULATION TO REMAND TO STATE COURT; AND ORDER THEREON
09-118/PLEADING.010                - 1 -
CSP:ep

DATED:   January 20, 2010

                                        ERICKSEN ARBUTHNOT

By   _____
     CHARLES S. PAINTER
     Attorneys for Defendant, AIRGAS NCN, INC., a Delaware Corporation incorrectly sued as Airgas California and Nevada

DATED:   January ____, 2010

                                        BRADFORD & BARTHEL, LLP

s/ by authorization on 1/14/2010

By   _____
     PATRICK G. ROSE
     Attorneys for Plaintiff, PREFERRED EMPLOYERS INSURANCE COMPANY

**IT IS SO ORDERED:**

DATED: 1/21/10

_____
GARLAND E. BURRELL, JR.
United States District Judge

STIPULATION TO REMAND TO STATE COURT; AND ORDER THEREON
09-118/PLEADING.010           - 2 -
CSP:ep